# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-1757

**Short Case Caption** National Veterans Legal Services Prog. v. United States

**Filing Party/Entity** Eric Alan Isaacson, Interested Party-Appellant

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

National Veterans Legal Services Program, et al. v. United States, Fed.Cir. Nos. 18-154, 18-155, 19-1081, 19-1083, petitions for leave to appeal, appeal, and cross-appeal from U.S. District Court for the District of Columbia; Fed.Cir. decision reported as: Nat'l Veterans Legal Servs Program v. United States, 968 F.3d 1340 (Fed.Cir.2020).

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Parties (excluding amici):
National Veterans Legal Services Program
National Consumer Law Center
Alliance for Justice
United States of America

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Counsel for parties (excluding amici):
Gupta Wessler LLP; Motley Rice LLC; Deepak Gupta; William H. Narwold; Meghan Oliver; Jonathan Taylor; Alisa Beth Klein; Ethan P. Davis; Mark B. Stern

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: May 30, 2024            Signature: /s/ Eric Alan Isaacson

                              Name: Eric Alan Isaacson

Save for Filing