# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1757

**Short Case Caption:** Nat'l Veterans Legal Services Program v. United States

**Filing Party/Entity:** Eric Alan Isaacson, Interested Party-Appellant

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.Dist.Ct., D.C. | 1:16-cv-00745 | Little Tucker Act |

**Relief sought on appeal:** ☐ None/Not Applicable

Order vacating or reversing orders approving class-action settlement and plan of allocation, attorney's fees, and incentive awards

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

$125 million class-action settlement; attorney's fees awarded of $23,863,345.01 and expenses of $29,654.98; incentive payments to Named Plaintiffs of $10,000 each in addition to their allocations as class members

**Briefly describe the judgment/order appealed from:**

Order approving a $125 million class-action settlement, awarding attorney's fees & expenses, and awarding Named Plaintiffs $10,000 apiece as incentive awards.

**Nature of judgment (select one):**　　　**Date of judgment:** March 20, 2024

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> NVLSP v. United States, Nos. 18-154, 18-155, 19-1081, 19-1083, decision reported as NVLSP v. United States, 968 F.3d 1340 (Fed.Cir.2020)(Hughs, Cir.J.).

Issues to be raised on appeal:  ☐ None/Not Applicable

> Little Tucker Act $10,000 jurisdictional limitation; unfair settlement; excessive attorney's fees; illegal $10,000 incentive payments to Named Plaintiffs

Have there been discussions with other parties relating to settlement of this case?

☐ Yes    ☑ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

> I am a class member challenging a $125 million settlement and awards of attorney's fees and incentive payments. I wish to secure a decision benefiting the class as a whole. I desire to secure a precedential decision and will not accept any payment or benefit to myself in return for dropping my appeal.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> This appeal is being prosecuted by an objecting class member to obtain a decision of the Federal Circuit on important points of law for this and other class actions. The appeal will not be resolved by mediation.

Date: May 30, 2024

Signature: /s/ Eric Alan Isaacson

Name: Eric Alan Isaacson

Save for Filing