FORM 26. Docketing Statement                                   Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1757

**Short Case Caption:** NVLSP v. US

**Filing Party/Entity:** United States of America

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. Dist.Ct., D.C. | 1:16-cv-00745 | Little Tucker Act |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of orders on final approval of class action settlement, attorney's fees and costs, and incentive awards.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

$125 million class-action settlement; attorney's fees awarded of $23,863,345.01 and expenses of $29,654.98; incentive awards to three Named Plaintiffs of $10,000.

**Briefly describe the judgment/order appealed from:**

N/A

**Nature of judgment (select one):**       **Date of judgment:** 3/20/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                        _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

> NVLSP v. United States, Nos. 18-154, 18-155, 19-1081, 19-1083, decision reported as NVLSP v. United States, 968 F.3d 1340 (Fed. Cir. 2020) (Hughs, Cir. J.).

Issues to be raised on appeal: ☐ None/Not Applicable

> Whether the district court acted within its discretion in holding that the class action settlement was fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e), and that the award of attorney's fees and costs and incentive awards was reasonable; whether the district court correctly interpreted the Little Tucker Act's jurisdictional limitations regarding monetary relief exceeding $10,000.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes   ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

> N/A

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

> Affirmance of the district court's orders approving the settlement protects the interests of the class as a whole. The settlement was the result of extensive arm's length negotiations occurring over two years, and it fairly, reasonably, and adequately compensates the class members.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> N/A

Date: 5/30/24

Signature: *Alexis M. Daniel*

Name: Alexis M. Daniel

Save for Filing