

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 9, 2024

2024-1757 - NVLSP v. US

# NOTICE OF NON-COMPLIANCE

The documents (Opening Brief; Appendix) submitted by Eric Alan Isaacson are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of these documents correcting the following:

**Opening Brief:**

- The information on the Certificate of Interest (COI) included in the document does not match the information on the COI entered on the docket. Please ensure the COI included in the corrected document contains up-to-date information. If that information differs from the previously filed COI, please refile this document and file an amended COI as a separate docket entry. Fed. Cir. R. 47.4(c).

- The document does not contain a table of authorities, or the table of authorities does not contain appropriate page references. Fed. R. App. P. 28(a)(3); Fed. R. App. P. 28(b); Fed. R. App. P. 28(c); Fed. Cir. R. 28(a)(3).

- The brief does not contain a statement of related cases, or the statement of related cases is incomplete. Fed. Cir. R. 28(a)(4); Fed. Cir. R. 47.5.

- Any reference in a brief to the underlying record or to material authorized to be included in an appendix must be to the corresponding appendix page number(s) and follow the format prescribed by the court's [Electronic Filing Procedures](#) ("Appendix Formatting"). Fed. Cir. R. 28(f); Fed. Cir. R. 29(c). APX___(DE1:1) & APX___(DE1:6¶12) on page 6 is an example of improper format.

- The brief does not contain all required addendum material. Fed. Cir. R. 28(c)(1); Fed. Cir. R. 28.1(d).

**Appendix:**

- The document does not contain a table of contents, or the table of contents does not contain appropriate page references, or the table of contents is incomplete. Fed. R. App. P. 30(d) (appendix); Fed. Cir. R. 30(a)(4) (multi-volume appendix).

- The appendix does not contain the entire certified list, index, or docket sheet from the proceedings below. Fed. Cir. R. 30(a)(1)(A)(i).

- Appendix pages must be numbered using Bates numbering and following the format described in the court's [Electronic Filing Procedures](#) ("Appendix Formatting"). Fed. Cir. R. 30(b)(2)(C); Fed. Cir. R. 30(c)(2).

- The cover must not include a volume number if the document consists of only one volume. Fed. Cir. R. 28(c)(3); Fed. Cir. R. 30(a)(4).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk