

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 22, 2024

2024-1757 - NVLSP v. US

# NOTICE OF NON-COMPLIANCE

The document (Response Brief) submitted by Alliance for Justice, National Veterans Legal Services Program, and National Consumer Law Center is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

  *[Clerk's Note: William H. Narwold & Meghan Oliver]*

- Any reference in a brief to the underlying record or to material authorized to be included in an appendix must be to the corresponding appendix page number(s) and follow the format prescribed by the court's Electronic Filing Procedures ("Appendix Formatting"). Fed. Cir. R. 28(f); Fed. Cir. R. 29(c). Appx9, 4225 on page 13 is an example of improper format.

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the

appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk