NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellee*

v.

**ERIC ALAN ISAACSON,**
*Interested Party-Appellant*

---

2024-1757

---

Appeal from the United States District Court for the District of Columbia in No. 1:16-cv-00745-PLF, Senior Judge Paul L. Friedman.

---

**ON MOTION**

---

**O R D E R**

Eric Alan Isaacson moves for leave to file a corrected joint appendix by December 6, 2024, stating that he intends to also file a corrected opening brief with corrected citations to the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that any corrected filing is due no later than December 6, 2024.

FOR THE COURT

December 3, 2024  
Date

Jarrett B. Perlow  
Clerk of Court