No. 24-1757

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE
Plaintiff-Appellees,

v.

UNITED STATES,
Defendant-Appellee

v.

ERIC ALAN ISAACSON,
Interest Party-Appellant.

On Appeal from the United States District Court for the District of Columbia in case no. 1:16-cv-00745, Judge Paul L. Friedman

RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

YAAKOV ROTH
Acting Assistant Attorney General
KIRK T. MANHARDT
Director
MARCUS S. SACKS
Senior Litigation Counsel

ALEXIS M. DANIEL
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. BOX 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 507-6073
*Attorneys for Appellee United States*

Arguing counsel for the United States, Alexis M. Daniel, will be on leave for pre-planned personal travel on the following dates:

September 2, 2025

September 3, 2025

September 4, 2025

September 5, 2025

| | |
|---|---|
| February 24, 2025 | Respectfully submitted, |
| | YAAKOV ROTH<br>Acting Assistant Attorney General<br>Acting Assistant Attorney General<br>KIRK T. MANHARDT<br>Director<br>MARCUS S. SACKS<br>Senior Litigation Counsel |
| | ALEXIS M. DANIEL<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. BOX 875, Ben Franklin Station<br>Washington, DC 20044-0875<br>Telephone: (202) 507-6073 |
| | *Attorneys for Appellee United States* |