# No. 24-1757

# In the United States Court of Appeals for the Federal Circuit

NATIONAL VETERANS LEGAL SERVICES PROGRAM,
NATIONAL CONSUMER LAW CENTER,
ALLIANCE FOR JUSTICE,
*Plaintiffs-Appellees*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee*

v.

ERIC ALAN ISAACSON,
*Interested Party-Appellant*

On Appeal from the United States District Court
for the District of Columbia, Civil Case No. 1:16-0745-PLF
(The Hon. Paul L. Friedman)

## UPDATED NOTICE OF UNAVAILABILITY

WILLIAM H. NARWOLD
MOTLEY RICE LLC
20 Church Street
17th Floor
Hartford, CT 06103
(860) 882-1676

MEGHAN OLIVER
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9492

DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

October 9, 2025                                              *Counsel for Plaintiff-Appellees*

Arguing counsel for the plaintiffs-appellees, Deepak Gupta, has the following conflicts:

- On November 10, 2025, Mr. Gupta is assisting his colleague with her oral argument in the U.S. Supreme Court in *Geo Group v. Menocal*, No. 24-758;

- On December 5, 2025, Mr. Gupta is scheduled to appear as moot court judge for Georgetown University's Supreme Court Institute;

- On May 6, 2026, Mr. Gupta has a speaking engagement at the Third Circuit Bench and Bar Conference in Hershey, PA.

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

October 9, 2025

*Counsel for Plaintiffs-Appellees*