# United States Court of Appeals
# for the Federal Circuit

---

**NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE,**

*Plaintiffs-Appellees*

v.

**UNITED STATES,**

*Defendant-Appellee*

v.

**ERIC ALAN ISAACSON,**

*Interested Party-Appellant*

---

2024-1757

---

Appeal from the United States District Court for the District of Columbia in No. 1:16-cv-00745-PLF, Senior Judge Paul L. Friedman.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 20, 2026
Date

Jarrett B. Perlow
Clerk of Court