NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**ERIC ALAN ISAACSON,**
*Interested Party-Appellant*

---

2024-1757

---

Appeal from the United States District Court for the District of Columbia in No. 1:16-cv-00745-PLF, Senior Judge Paul L. Friedman.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA,
TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, STARK,
*Circuit Judges*,[1] and FREEMAN, *District Judge*.[2]

PER CURIAM.

# O R D E R

Eric Alan Isaacson filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

June 5, 2026
    Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Newman did not participate.

[2]    Honorable Beth Labson Freeman, District Judge, United States District Court for the Northern District of California, sitting by designation, participated only in the decision on the petition for panel rehearing.